UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.O.,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF KERN, *et al.*,<br><br>  Defendants. | Old Case No. 1:20-cv-01338-DAD-JLT<br>New Case No. 1:20-cv-01338-NONE-JLT<br><br>ORDER RELATING CASES AND<br>REASSIGNING DISTRICT JUDGE |
| H.M.,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF KERN, *et al.*,<br><br>  Defendants. | Old Case No. 1:20-cv-01339-AWI-JLT<br>New Case No. 1:20-cv-01339-NONE-JLT<br><br>ORDER RELATING CASES AND<br>REASSIGNING DISTRICT JUDGE |

Pursuant to Local Rule 123, the court finds that the above-captioned actions, *C.O. v. County of Kern, et al.*, No. 1:20-cv-01338-DAD-JLT, and *H.M. v. County of Kern, et al.*, No. 1:20-cv-01339-AWI-JLT, are related under this court's Local Rule 123 to the following matter: *A.B. v. County of Kern, et al.*, No. 1:20-cv-01337-NONE-JLT. The actions involve overlapping

1

parties, properties, claims, events and/or questions of fact or law.  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the court and parties.  An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge[1] and magistrate judge, and no consolidation of cases is affected.

On the basis of good cause, this court **ORDERS** that the above-captioned actions be reassigned to "Unassigned" ("NONE") as the district judge.  United States Magistrate Judge Jennifer L. Thurston will remain the assigned magistrate judge.  From this point forward, all documents filed in these cases should bear the new case numbers:

**No. 1:20-cv-01338-NONE-JLT**

**No. 1:20-cv-01339-NONE-JLT**

IT IS SO ORDERED.

Dated:   **September 22, 2020**

UNITED STATES DISTRICT JUDGE

---

[1] Although the lowest-numbered case bears the district judge designation "NONE" to reflect that it is not assigned to a specific district judge at this time due to vacancies within the court, until further notice the undersigned is presiding over all cases bearing the "NONE" designation.