1 **MARGO A. RAISON, COUNTY COUNSEL**
**By: Kathleen Rivera, Deputy (SBN 211606)**
2 **Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
3 **Bakersfield, CA 93301**
**Telephone 661-868-3800**
4 **Fax 661-868-3805**

5

6 **Attorneys for Defendant County of Kern**

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10 | C.O., | ) | **Case No.: 1:20-CV-01338-None-JLT** |

11          **Plaintiff,**   ) **JOINT STIPULATION EXTENDING**

12 **v.**   ) **TIME TO RESPOND TO COMPLAINT**
  ) **AND [~~PROPOSED~~] ORDER**
13 **COUNTY OF KERN, DEPUTY**   ) **(Doc. 8)**
**MICHAEL CLARK and DOES 1 to 100,**
14 **inclusive**

15         **Defendants.**

16

17

18 **JOINT STIPULATION**

19     COME NOW the parties to this action jointly, through their respective attorneys of

20 record, and stipulate as follows:

21     1.    Plaintiff  C.O filed a complaint in the Kern County Superior Court on August

22 18, 2020;

23

24     2.    Defendants removed the matter to federal court on August 26, 2020.

25     3.    The current deadline for Defendants to move to dismiss or otherwise respond

26 to the Complaint is September 25, 2020;

27                               1

28 Joint Stipulation to Extend the Deadline to Respond to Complaint        1:20-CV-01338-None-JLT

4.      Counsel for Defendants have begun the meet and confer process with

Plaintiff's counsel regarding Defendants' proposed motions to dismiss, however the meet and

confer process will not be completed prior to the deadline of September 25th for Defendants to

respond to the Complaint.  All parties would benefit from additional time to complete the

meet and confer process;

5.      NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff

and Defendants that the deadline for all Defendants to move to dismiss, answer, or otherwise respond

to the Complaint shall be extended to and including October 9, 2020.

SO STIPULATED.

Dated:  September 25, 2020                    ERICKSEN ARBUTHNOT


By:    /s/Michael Lehman
          Michael Lehman,
          Attorney for Michael Clark

Dated:  September 25, 2020                    RODRIGUEZ & ASSOCIATES


By:    /s/Danay Gonzalez
          Danay Gonzaelz
          Attorneys for Plaintiff C.O.

Dated:  September 25, 2020                    MARGO A. RAISON, COUNTY COUNSEL


By:    /s/Kathleen Rivera
          Kathleen Rivera, Deputy
          Attorneys for Defendants County
          of Kern

As the filer of this document, I, Kathleen Rivera, attest that all counsel have authorized me to attach their electronic signature to this document on September 24, 2020.
//
//

2

Joint Stipulation to Extend the Deadline to Respond to Complaint                    1:20-CV-01338-None-JLT

1

2

[~~PROPOSED~~] ORDER

3

The court, having considered the stipulation of the parties to extend the time for all

4

defendants to respond to Plaintiff's Complaint, hereby ORDERS that the deadline for all

defendants to respond to Plaintiff's Complaint is on or before October 9, 2020.

5

6

IT IS SO ORDERED.

7

Dated:   **September 25, 2020**          **/s/ Jennifer L. Thurston**

8

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation to Extend the Deadline to Respond to Complaint          1:20-CV-01338-None-JLT