**MARGO A. RAISON, COUNTY COUNSEL**
By: Kathleen Rivera, Deputy (SBN 211606)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendant County of Kern

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.O., | Case No.: 1:20-CV-01338-JLT-BAK (EPG) |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT COUNTY OF KERN TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT |
| v. | |
| COUNTY OF KERN, DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive | |
| Defendants. | |

BY AND BETWEEN THE PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL OF RECORD:

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel, to allow defendant County of Kern an extension of two weeks to file a responsive pleading to plaintiff's First Amended Complaint.

1. Plaintiff filed her First Amended Complaint on March 2, 2022; accordingly defendant County of Kern's responsive pleading is due on March 16, 2022;

2. Defendant County of Kern wishes to have additional time to draft its responsive pleading;

---

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING
1:20-CV-01338-JLT-BAK (EPG)

3. Plaintiff's counsel has agreed to allow counsel for defendant County of Kern to have two additional weeks to file a responsive pleading; accordingly the new date to respond to the First Amended Complaint will be March 30, 2022.

4. There have been no previous extensions of time for the filing of a response to the First Amended Complaint.

Respectfully submitted,

Dated:  March 16, 2022          MARGO A. RAISON, COUNTY COUNSEL

                                By: /s/ Kathleen Rivera
                                    Kathleen Rivera, Deputy
                                    Attorneys for Defendant County of Kern

Dated:  March 16, 2022          RODRIGUEZ & ASSOCIATES

                                By:  /s/Victoria Harp
                                     Victoria Harp
                                     Attorneys for Plaintiff

*As the filer of this document, I attest that attorney Victoria Harp gave me her permission via e mail on March 16, 2022 to affix her electronic signature to this document and file it.

**ORDER**

Based on the parties' stipulation, defendant County of Kern shall respond to the First Amended Complaint by March 30, 2022.

IT IS SO ORDERED.

Dated:  **March 17, 2022**            /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

2
_____
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING
1:20-CV-01338-JLT-BAK (EPG)