# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. O.,<br><br>      Plaintiff,<br><br>   v.<br><br>COUNTY OF KERN, et al.,<br><br>      Defendants. | Case No.: 1:20-cv-01338-JLT-BAK (EPG)<br><br>ORDER TO DEFENDANT'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HIS PRACTICE IN THIS COURT WITHOUT SEEKING ADMISSION |

On March 30, 2022, Defendant County of Kern filed a notice of appearance of counsel Ryan Fallgatter, Deputy for the County of Kern. (ECF No. 33). On the same day, Mr. Fallgatter filed a motion to dismiss in the instant case. (ECF No. 34.) However, Mr. Fallgatter has not been admitted to practice in the Eastern District of California. Therefore, the court **ORDERS**:

**No later than April 8, 2022**, Mr. Fallgatter SHALL show cause in writing why sanctions should not be imposed for his acts in practicing in this court without being admitted. Alternatively, Mr. Fallgatter may seek admission to this court within the same interval.

IT IS SO ORDERED.

Dated:   **April 4, 2022**                    /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE