# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. O.,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF KERN, et al.,<br><br>            Defendants. | Case No.: 1:20-cv-01338-JLT-BAK (EPG)<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE TO COUNSEL RYAN FALLGATTER<br><br>(ECF No. 36) |

Previously, the Court ordered Plaintiff's counsel Ryan Fallgatter to show cause in writing why sanctions should not be imposed for his acts in practicing in this Court without being admitted. (ECF No. 36). The Court's records indicate that on April 5, 2022, Mr. Fallgatter was admitted to practice in the Eastern District of California. Accordingly, the Order to Show Cause dated April 4, 2022 (ECF No. 36) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **April 6, 2022**                               /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE