DANIEL RODRIGUEZ, ESQ., SBN 096625
CHANTAL TRUJILLO, ESQ., SBN 289493
DANAY GONZALEZ, ESQ., SBN 316755
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
1128 Truxtun Avenue
Bakersfield, CA 93301
Tel. No.: (661) 323-1400   Fax No.: (661) 323-0132

Attorneys for Plaintiff, C.O.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.O.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF KERN, DEPUTY MICHAEL CLARK, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | **CASE NO.: 1:20-cv-01338-JLT-BAK (EPG)**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF C.O. TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT COUNTY OF KERN TO FILE A REPLY PLEADING TO SAID OPPOSITION**<br><br>Complaint filed: September 18, 2020 |

　　　BY AND BETWEEN THE PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL OF RECORD:

　　　This stipulation is entered into by and between the plaintiff and the defendant County of Kern, by and through their respective counsel, to allow Plaintiff C.O. an extension of two weeks to file an opposition to Defendant, County of Kern's motion to dismiss the fourth cause of action in Plaintiff's First Amended Complaint. The stipulation would further extend the time for Defendant, County of Kern to file a responsive

pleading to said opposition.

1. Plaintiff filed her First Amended Complaint on March 2, 2022;
2. Parties stipulated to allow delayed filing of a responsive pleading by Defendant County of Kern;
3. Defendant County of Kern filed its notice of motion and motion to dismiss the Plaintiff's Fourth cause of action on March 30, 2022;
4. Pursuant to District Judge Jennifer L. Thurston's standing order and Local Rule 230(g), the motion to dismiss will be decided on the papers and no hearing will be calendared;
5. The Plaintiff's opposition to Defendant's motion would be due on April 20, 2022;
6. The parties are currently engaged in negotiation and expect this case to be resolved without further litigation within the next month;
7. Therefore, to avoid unnecessary expense to parties and waste of judicial resources, the parties have agreed to allow counsel for Plaintiff C.O. to have two additional weeks to file an opposition to the Defendant's motion to dismiss;
8. Accordingly, the new date for Plaintiff to file any opposition to Defendant Kern County's motion to dismiss will be May 4, 2022;
9. The new date for Defendant Kern County to file any reply to Plaintiff's opposition will be May 11, 2022.

Respectfully submitted,

DATED: April 22, 2022                RODRIGUEZ & ASSOCIATES

                                     By:    /s/Victoria Harp _____
                                         Daniel Rodriguez,
                                         Victoria Harp,
                                         Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF C.O. TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT COUNTY OF KERN TO FILE A REPLY

2

DATED: April 21, 2022            KERN COUNTY ADMINISTRATIVE CENTER

                                 By:    /s/Kathleen Rivera
                                        Kathleen Rivera
                                        Attorneys for Defendant County of Kern

\*As the filer of this document, I attest that attorney Kathleen Rivera gave me her permission via e-mail on April 21, 2022 to affix her electronic signature to this document and file it.

**ORDER**

The above stipulation is approved and adopted.

IT IS SO ORDERED.

   Dated:   **April 22, 2022**                    /s/ Jennifer L. Thurston
                                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF C.O. TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT COUNTY OF KERN TO FILE A REPLY

3