DANIEL RODRIGUEZ, ESQ., SBN: 096625
CHANTAL TRUJILLO, ESQ., SBN: 289493
VICTORIA HARP, ESQ., SBN: 323937
**RODRIGUEZ & ASSOCIATES**
**A Professional Law Corporation**
1128 Truxtun Avenue
Bakersfield, CA  93301
Phone (661) 323-1400 Fax (661) 323-0132

Attorneys for Plaintiff,
C.O.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.O.,<br><br>                  Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, DEPUTY MICHAEL CLARK, and DOS 1 TO 100, inclusive,<br><br>                  Defendants. | **Case No.: 1:20-cv-01338-JLT-BAK (EPG)**<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  September 18, 2020 |

**BY AND BETWEEN THE PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that a settlement has been reached between the Parties.

The Parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (ii) hereby stipulate, in consideration of a negotiation settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated:  May __, 2022                                    RODRIGUEZ & ASSOCIATES


                                                        BY:_____
                                                            VICTORIA HARP, ESQ.
                                                            ATTORNEY FOR PLAINTIFF


Dated:  May __, 2022                                    OFFICE OF COUNTY COUNSEL


                                                        BY:_____
                                                            KATHLEEN RIVERA, ESQ.
                                                            ATTORNEY FOR DEFENDANTS

Dated:  May __, 2022                                    ERICKSEN ARBURTHNOT


                                                        BY:_____
                                                            MICHAEL LEMAN, ESQ.
                                                            ATTORNEY FOR DEFENDANTS

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs. The Federal Rules of Civil Procedure Rule 41 makes such notice of dismissal effective immediately without further order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **May 17, 2022**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE